Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>  vs.<br><br>LEINGANG ENTERPRISES, et al.,<br><br>    Defendants. | No. 1:10-CV-01575-AWI-SKO<br><br>**REQUEST FOR DISMISSAL OF ACTION; ORDER** |

   No defendant having appeared in this action, Plaintiff requests that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 10, 2010                    MOORE LAW FIRM, P.C.


                                            /s/Tanya Moore
                                            Tanya Moore
                                            Attorney for Plaintiff

## **ORDER**

No defendant having appeared in this action and upon the request of Plaintiff,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:     December 10, 2010

                                                                      CHIEF UNITED STATES DISTRICT JUDGE